# MINUTES
## PROCEEDINGS HELD: MOTION HEARING

DATE: 6/6/2016
HEARING HELD in Raleigh
COURT CONVENES at 9:10 A.M.
PRESIDING JUDGE: W. Earl Britt, Senior US District Judge

TIME: 10:54am - 11:08am

**COURT OFFICERS PRESENT:**
Court Reporter: Sheila Darden
Courtroom Deputy: Keah Marsh
US Probation Officer: Mary Vann Roberson
US Marshal: Rotated

## USA vs. Taurean Rahsaan Davis
## Case #   5:14-CR-107-1BR

Asst. U.S. Attorney Present: S. Katherine Burnette
Defense Counsel Present: Cindy Popkin-Bradley

Defendant present with counsel.

Hearing on DE# 63 - Motion to withdraw plea of guilty

Court hears argument by defendant as to his pro se motion. Defendant filed motion prior to counsel being appointed.

Court enters oral order denying motion.

Defendant remanded to custody of US Marshal:  Yes_X_   No___