IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-107-BR

UNITED STATES OF AMERICA       :
                               :
         v.                    :
                               :
TAUREAN RAHSAAN DAVIS          :

FILED IN OPEN COURT
ON 6-9-16 KM
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

## ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of a plea of guilty by the

defendant, Taurean Rahsaan Davis, on November 3, 2014 to violations

of 18 U.S.C. §§ 922(g)(1) and 924, and further evidence of record

and as presented by the Government, the Court finds that the following

personal property is hereby forfeitable pursuant to 18 U.S.C. §

924(d)(1), to wit: a .22 caliber Burgo handgun, SN: 1121468, and

associated ammunition; and

WHEREAS, by virtue of said finding, the United States is now

entitled to possession of said personal property, pursuant to Fed.

R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Plea as to the defendant Taurean

Rahsaan Davis, the United States is hereby authorized to seize the

above-stated personal property, and it is hereby forfeited to the

United States for disposition in accordance with the law, including

destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In

1

accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This __9__ day of __June__, 2016.

W. EARL BRITT
Senior United States District Judge

2